UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REBECCA LAREW,

                Plaintiff,

   -v-                                                 5:12-CV-384

ANDREW LAREW; TONY FIORITO; JOHN
FUNICIELLO; CHRISTINE WOJCIK; ALAN
DOYLE; CHARLES SANGSTER; JOHN
SHANNON; PAULA DECKMAN; CENTRAL
NEW YORK ASSOCIATES, LLC; ATRIUM
ASSOCIATES, LLC; 224 HARRISON
ASSOCIATES, LLC; ARMORY ASSOCIATES,
LLC; 65-35 QUEENS ASSOCIATE, LLC; 460
NORTH FRANKLYN STREET ASSOCIATES,
LLC; 1401 ERIE BOULEVARD EAST, LLC;
VINEGAR HILL, LLC; BRITTONFIELD
ASSOCIATES, LLC; SOUNDVIEW REAL
ESTATE PARTNERS; and LAREW, DOYLE
& ASSOCIATES, LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

REBECCA LAREW
Plaintiff, Pro Se
P.O. Box 83
Fairfield, CT  06824

MENTER, RUDIN & TRIVELPIECE, PC        MITCHELL J. KATZ, ESQ.
Attorneys for Defendants Larew; Fiorito;
   Funiciello; Wojcik; Doyle; Shannon;
   Central New York Associates, LLC;
   Atrium Associates, LLC; 224 Harrison
   Associates, LLC; Armory Associates,
   LLC; 65-35 Queens Associate, LLC;
   460 North Franklyn Street Associates,
   LLC; 1401 Erie Boulevard East, LLC;
   Vinegar Hill, LLC; Brittonfield Associates,

```
    LLC; Soundview Real Estate Partners; and
    Larew, Doyle & Associates, LLC
308 Maltbie Street
Suite 200
Syracuse, NY  13204

TANNENBAUM HELPERN SYRACUSE                          PAUL DAVID SARKOZI, ESQ.
    & HIRSCHTRITT, LLP
Attorneys for Defendants Fiorito; Funiciello;
    Wojcik; Doyle; Shannon; Central New York
    Associates, LLC; Atrium Associates, LLC;
    224 Harrison Associates, LLC; Armory
    Associates, LLC; 65-35 Queens Associate,
    LLC; 460 North Franklyn Street Associates,
    LLC; 1401 Erie Boulevard East, LLC;
    Vinegar Hill, LLC; Soundview Real Estate
    Partners; and Larew, Doyle & Associates, LLC
900 Third Avenue
New York, NY  10022

HANCOCK ESTABROOK, LLP                               ASHLEY D. HAYES, ESQ.
Attorneys for Defendant Sangster                     DANIEL B. BERMAN, ESQ.
1500 AXA Tower I
Syracuse, NY  13221

HAVKINS ROSENFELD RITZERT                            GAIL L. RITZERT, ESQ.
    & VARRIALE, LLP
Attorneys for Defendant Deckman
114 Old Field Road, Suite 300
Mineola, NY  11501
1065 Avenue of the Americas, Suite 800               ABRAHAM E. HAVKINS, ESQ.
New York, NY  10018
```

DAVID N. HURD
United States District Judge

# **O R D E R**

The defendants have moved, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the complaint.  Upon review of all submissions, there is no basis in fact or in law for

any of plaintiff's claims.  In fact, most, if not all, of the claims are frivolous and do not require any detailed analysis.

Therefore, it is

ORDERED that

1.  The defendants' motions to dismiss are GRANTED; and

2.  The complaint is DISMISSED in its entirety with prejudice.

IT IS SO ORDERED.

The Clerk of the Court is directed to enter judgment accordingly and close the file.

_____
United States District Judge

Dated:  November 19, 2012
        Utica, New York.

- 3 -