## JUDGMENT IN A CIVIL CASE

**REBECCA LAREW**,
      Plaintiff,

   vs.                    **CASE NUMBER: 5:12-CV-0384**

**ANDREW LAREW; TONY FIORITO; JOHN FUNICIELLO; CHRISTINE WOJCIK; ALAN DOYLE; CHARLES SANGSTER; JOHN SHANNON; PAULA DECKMAN; CENTRAL NEW YORK ASSOCIATES, LLC; ATRIUM ASSOCIATES, LLC; 224 HARRISON ASSOCIATES, LLC; ARMORY ASSOCIATES, LLC; 65-35 QUEENS ASSOCIATES, LLC; 460 NORTH FRANKLYN STREET ASSOCIATES, LLC; 1401 ERIE BOULEVARD EAST, LLC; VINEGAR HILL, LLC; BRITTONFIELD ASSOCIATES, LLC; SOUNDVIEW REAL ESTATE PARTNERS; and LAREW, DOYLE & ASSOCIATES, LLC,**
              Defendants.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That the defendants' motions to dismiss are GRANTED; and the complaint is DISMISSED in its entirety with prejudice.

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 19th day of November, 2012.

DATED: November 19, 2012

_Lawrence K. Baerman_
Clerk of Court

entered and served 11/19/12                s/

                          Christine Mergenthaler
                          Deputy Clerk